| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/05/2014 23:42:55 | B5B43E4DB872B1542BE930D603EE869ECBF0AE6D | Trophy Wife |
| 03/02/2014 22:45:21 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 03/02/2014 14:12:24 | 2A49A45ED898A2E8587E15BD4A83EDE709D66D26 | Sex and Submission |
| 03/02/2014 00:32:46 | 04A0A1ED0684867A1CF36283CBED7DA1A1B0F811 | Feeling Frisky |
| 02/11/2014 18:14:49 | 5FFD111B645C6FBB09011561D4429404574D008C | Mile High Club |
| 02/07/2014 00:20:30 | 4EAF12772FE00F106FD91610E5325F1BFF87C75A | Three Way is the Best Way |
| 02/03/2014 02:33:17 | 225411BA06B97B0EBC217138030D5E7863FFEBE4 | Risky Business |
| 01/09/2014 23:22:15 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 11/27/2013 04:23:23 | A43186CE0F1ECABA41DE92FE0F4AB00CD112FC6D | Arrest Me |
| 11/22/2013 20:21:38 | A9077805A66929F98F4622D28940C637651671B7 | High School Dropouts |
| 11/08/2013 23:47:38 | F84E7BD9064DC07A14CFD0658A4F3600C3C656E1 | Blindfold Me Part #2 |
| 10/12/2013 01:49:17 | 6CC6E846AC9F6069ECFA5C276A3832DB186918BC | They Meet Again |
| 10/08/2013 19:12:08 | 5367E0598CBC2F58064EE0FC4DB641D2A00947F9 | The Journey |
| 10/01/2013 01:08:47 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 09/26/2013 01:18:22 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |

**Total Statutory Claims Against Defendant: 37**

Copyrights-In-Suit for IP Address 96.246.200.71

**ISP:** Verizon FiOS
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 10/01/2013 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/05/2014 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 11/27/2013 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 11/08/2013 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 07/31/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 06/23/2014 |
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 06/10/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 03/22/2014 |
| Enjoy My Backdoor | PA0001904149 | 06/13/2014 | 06/19/2014 | 06/15/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 05/29/2014 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 09/26/2013 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 03/02/2014 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 06/13/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 05/17/2014 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 11/22/2013 |
| In the Blind | PA0001909487 | 08/08/2014 | 08/20/2014 | 08/10/2014 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 03/07/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 05/19/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 02/11/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 05/30/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/11/2014 |

EXHIBIT B

SNY28

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Paint Me Beautiful | PA0001908674 | 08/04/2014 | 08/11/2014 | 08/05/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/03/2014 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 07/22/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 06/02/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/02/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/08/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 03/02/2014 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 03/11/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 04/26/2014 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 10/08/2013 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/12/2013 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 02/07/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 09/09/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/05/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 01/09/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/22/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 37**